# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEONARD ALMOND., Jr.,<br><br>Plaintiff,<br><br>-v-<br><br>JANSSEN PHARMACEUTICALS INC f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICAL LLC f/k/a/ JANSSEN PHARMACEUTICA INC. and JOHNSON & JOHNSON<br><br>Defendants. | Case No. 2:21-cv-00470-BRM-ESK |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Leonard Almond., Jr., together with Defendants, by and through their respective counsel of record, that the claims of Plaintiff, Leonard Almond., Jr. be dismissed without prejudice and that he be dismissed as a party to this action pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own costs.

Date: August 1, 2024

| | |
|---|---|
| *Attorneys for Plaintiff* | *Attorney for Defendants Janssen Pharmaceuticals, Inc. and Johnson & Johnson* |
| s/*Stacy K. Hauer*<br>Timothy J. Becker MN #256663<br>Stacy K. Hauer MN #317093<br>JOHNSON BECKER<br>444 Cedar Street, Suite 1800<br>St. Paul, MN 55101<br>tbecker@johnsonbecker.com<br>shauer@johnsonbecker.com | s/ *Michael C. Zogby*<br>Michael C. Zogby<br>Barnes & Thornburg, LLP<br>67 East Park Place. Suite 1000<br>Morristown, NJ 07960<br>973-775-6110<br>Michael.Zogby@btlaw.com<br><br>Kristen R. Fournier<br>King & Spalding<br>1185 Avenue of the Americas,<br>35th Floor<br>New York, New York 10036<br>kfournier@kslaw.com |

## CERTIFICATE OF SERVICE

I, Stacy K. Hauer, hereby certify that on August 1, 2024, I filed a copy of the foregoing document via the Court's CM/ECF System, which sent a Notice of Filing Activity to all counsel of record. The document is available for viewing and downloading from that system.

*s/Stacy K. Hauer*
Stacy K. Hauer MN #317093

It is so ordered this 1st day of August, 2024

Brian R. Martinotti, U.S.D.J.